# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:11-cv-814 |
| v. | § | |
| | § | |
| **FIRST SOURCE ADVANTAGE, LLC** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE:

NOTICE IS HEREBY MADE that the undersigned attorney, Keith Wier of Bush & Ramirez, LLC, 5615 Kirby Dr., Suite 900, Houston, Texas 77005, will appear as attorney of record for Defendant, FIRST SOURCE ADVANTAGE, LLC, in the above-entitled and numbered cause of action.

Respectfully submitted,

**BUSH AND RAMIREZ, LLC**

//s// Keith Wier
Keith Wier; SBN: 21436100
Fed. ID No.: 7930
5615 Kirby Dr., Suite 900
Houston, TX 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077

**ATTORNEY FOR DEFENDANT**
**FIRST SOURCE ADVANTAGE, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    David E. Mack
    7720 McCallum Blvd., #2099
    Dallas, TX 75252

                                          //s// Keith Wier
                                          Keith Wier