IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

# TRANSFER ORDER

# CIVIL CASES ASSIGNED TO JUDGE MICHAEL H. SCHNEIDER

**IT IS HEREBY ORDERED** that all civil cases currently assigned to Judge Michael H. Schneider in the Sherman Division of the Eastern District of Texas shall be transferred to the Honorable Ron Clark, to be effective as of March 19, 2012.

**SO ORDERED.**

**SIGNED this 14th day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE