**In the United States District Court**
**Eastern District of Texas**
**Sherman Division**

FILED-CLERK
U.S. DISTRICT COURT
2012 MAY 21 PM 4: 28
TEXAS-EASTERN
BY_____

| | |
|---|---|
| DAVID E. MACK | § |
| | § |
| vs | § Case No. 4:11-cv-814 |
| | § |
| FIRST SOURCE ADVANTAGE, LLC | § |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and the Defendant in this action before the Court. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed May 15, 2012

_____
David E Mack

Keith Wier
Bush and Ramirez, LLC
5615 Kirby Dr., Suite 900
Houston, Texas 77005