IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11cv814 |
| | § | (Judge Clark/Judge Mazzant) |
| FIRST SOURCE ADVANTAGE, LLC, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER OF DISMISSAL

Before the Court is *pro se* plaintiff's Motion for Order of Dismissal [Doc. #17]. In the motion, plaintiff requests that the Court dismiss the case with prejudice.

It is **ORDERED** that plaintiff's Motion for Order of Dismissal [Doc. #17] is GRANTED. The Court further **ORDERS** that plaintiff's claims and causes of action against defendant are **DISMISSED** in their entirety, with prejudice, with each party to bear its own costs.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 6   day of **June, 2012.**

_____
Ron Clark, United States District Judge